# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CV 06-5802 ABC |
| | Date: September 18, 2007 |
| Title | United States of America v. Gregory Edison |

Priority Send.

**Present: The Honorable** Audrey B. Collins

| Daphne Alex | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

None                                                   None

**Proceedings:**   DEFENDANT'S MOTION FOR RECONSIDERATION  (In Chambers)

Pending before the Court is Defendant's Motion to Reconsider Order Denying Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 ("Motion"), filed August 27, 2007. Upon consideration of Defendant's Motion and the case file, the Court finds the Motion appropriate for determination without oral argument or additional briefing. See Fed. R. Civ. Pro 78; Local Rule 7-15. For reasons stated below, the motion is hereby DENIED.

On August 13, 2007, the Court denied Defendant's motion to vacate, correct, or set aside sentence pursuant to 28 U.S.C. § 2255. Defendant now moves the Court for reconsideration of that Order.

However, Local Rule 7-18 provides that a motion for reconsideration may only be made on the grounds of "(a) a material difference in fact or law from that presented to the Court before such decision that in the exercise of reasonable diligence could not have been known to the party moving for reconsideration at the time of such decision, or (b) the emergence of new material facts or a change of law occurring after the time of such decision, or (c) a manifest showing of a failure to consider material facts presented to the Court before such decision." In addition, a motion for reconsideration may not in any manner repeat any oral or written argument made in support of or in opposition to the original motion. Id. Indeed, "a mere attempt by [the moving party] to reargue its position by directing [the] court to additional case law and . . . argument[s] which [it] clearly could have made earlier, but did not . . . is not the purpose of motions for reconsideration under" Local Rule 7-18. Yang Ming Marine Transport Corp. v. Oceanbridge Shipping Int'l, Inc., 48 F. Supp. 2d 1049, 1057 (C.D. Cal. 1999).

//
//
//
//
//
//
//

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).



ENTERED
CLERK, U.S. DISTRICT COURT
SEP 21 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 06-5802 ABC | Date | September 18, 2007 |
| Title | United States of America v. Gregory Edison | | |

The Court has reviewed Defendant's Motion, and finds that Defendant has not presented any new facts or law. Rather, Defendant is merely presenting arguments that were previously made and rejected, or arguments that could have – but were not – made before. Accordingly, Defendant has not articulated a proper basis for a motion for reconsideration under the Local Rules.

For the foregoing reasons, the Court DENIES Defendant's Motion.

**IT IS SO ORDERED.**

  :  

Initials of Preparer    D.A.